IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MID-ATLANTIC SYSTEMS OF CPA, INC., *et al.* | Civil Action |
| | No. 2:12-cv-03121-CMR |
| Plaintiffs, | |
| v. | |
| STEVENS PUMP COMPANY. | |
| Defendant. | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, Stevens Pump Company, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

_6/27/12_____                  _/s/ Scott W. Reid, Esquire_____
Date                                         Signature

Counsel for:   Stevens Pump Company

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1) file the Rule7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.