# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MID-ATLANTIC SYSTEMS OF CPA, INC. and MID-ATLANTIC SYSTEMS OF DPN, INC. and MID-ATLANTIC SYSTEMS OF NJ, INC. and MID-ATLANTIC SYSTEMS OF NY, INC. and MID-ATLANTIC SYSTEMS OF MD, INC. and MID-ATLANTIC SYSTEMS OF VA, INC. Plaintiffs, v. STEVENS PUMP COMPANY Defendant. | CIVIL ACTION NO. 12-3121 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Kindly voluntarily dismiss this action without prejudice.

SEMANOFF ORMSBY
GREENBERG & TORCHIA, LLC

BY: _____
STEPHEN C. GOLDBLUM, ESQUIRE
2617 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 887-0200
ATTORNEYS FOR PLAINTIFFS

DATED: 7/18/12

{00420849;v1 }

# CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed through the Court's Case Management/Electronic Case Filing system, which will send notification of such filing to all parties of record.

        Scott W. Reid, Esquire
        Brian Kint, Esquire
        Cozen O'Connor
        1900 Market Street
        Philadelphia, PA  19103

        _____
        STEPHEN C. GOLDBLUM, ESQUIRE

DATE: 7/18/12